UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Marks Esq.
**DORF NELSON & ZAUDERER LLP**
Attorneys for Defendant
555 Theodore Fremd Ave.
Rye, New York 10580
Telephone: (914) 381-7600
amarks@dorflaw.com

In Re:

RITE AID CORPORATION, et al.,

Debtors.

Chapter 11

Case No. 23-18993 (MBK)

Thomas A. Pitta, as Trustee of the RAD Sub-Trust A,

Plaintiff

v.

Mars, Incorporated dba Kind Healthy Snacks,

Defendant.

Adv. No. 25-01973-MBK

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Mars, Incorporated dba Kind Healthy Snacks, Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Andrew P. Marks ,Esq.
Dorf Nelson & Zauderer LLP
555 Theodore Fremd Ave.
Rye, New York 10580

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: 11/7/25 _____

_____
Signature

*new.8/1/15*