UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler, Esq.
Edward A. Corma, Esq.
Jeffrey P. Nolan Esq.
Benjamin L. Wallen, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  bsandler@pszjlaw.com
         ecorma@pszjlaw.com
         jnolan@pszjlaw.com
         bwallen@pszjlaw.com

*Counsel to Mars, Incorporated dba Kind Healthy Snacks*

| | |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A,<br><br>          Plaintiff,<br><br>v.<br><br>Mars, Incorporated dba, Kind Healthy Snacks<br><br>          Defendant. | Adv. No. 25-01973 (MBK) |

## NOTICE OF SERVICE

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases (the "Chapter 11 Cases") and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

4922-6451-1909.1 48738.00003

Please take notice that on this 24th day of April, 2026, a true and correct copy of the

*Defendant's Response To First Set Of Interrogatories, Requests For Production And Request*

*For Admissions By Plaintiff* was served via U.S. Mail to the following parties:

Brigette McGrath, Esq.,
Marianna Udem, Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121

Dated:  May 4, 2026

/s/ Edward A. Corma
Bradford J. Sandler, Esq.
Edward A. Corma, Esq.
Jeffrey P. Nolan, Esq.
Benjamin L. Wallen, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:   bsandler@pszjlaw.com
         ecorma@pszjlaw.com
         jnolan@pszjlaw.com
         bwallen@pszjlaw.com

*Attorneys for Kind Healthy Snacks*

4922-6451-1909.1 48738.00003